UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 17-81009-cv-MIDDLEBROOKS/WHITE
(16-CR-80004)

TANARIOUS KEON DAVIS,

    Movant,

v.

UNITED STATES OF AMERICA,

    Respondent.
_____/

## ORDER ADOPTING REPORT AND DENYING MOTION TO VACATE SENTENCE UNDER § 2255

THIS CAUSE comes before the Court upon the Report and Recommendation issued by Magistrate Judge Patrick A. White on October 23, 2017 (DE 5). No objections have been filed.

Movant filed a Motion to Vacate *pro se* pursuant to § 2255 (DE 1, "Motion"), attacking the constitutionality of his conviction and sentence, entered following a guilty plea. Movant raised numerous claims of ineffective assistance of counsel and a claim that the sentence imposed violated due process under the Fifth Amendment and cruel and unusual punishment under the Eighth Amendment. The Report recommends denying Movant's Motion to Vacate on the merits and recommends that a certificate of appealability not be issued.

Upon a careful, *de novo* review of the Report and the record, the Court agrees with the Report's recommendation to deny the Motion to Vacate for the reasons stated therein. I also agree that a certificate of appealability should not be issued. Accordingly, it is hereby

**ORDERED AND ADJUDGED** that

(1) United States Magistrate Judge White's Report (DE 5) is **RATIFIED, ADOPTED, and APPROVED** in its entirety.

(2) The Motion to Vacate (DE 1) is **DENIED**.

(3) A Certificate of Appealability is **DENIED**.

(4) The Clerk of Court shall **CLOSE this case** and **DENY all pending motions as moot.**

**DONE AND ORDERED** in Chambers in West Palm Beach, Florida, this 28th day of February, 2018.

Donald M. Middlebrooks
United States District Judge

Copies to: Counsel of Record;
Tanarious Keon Davis, *pro se*
12754-104
Miami FCI
Federal Correctional Institution
Inmate Mail/Parcels
Post Office Box 779800
Miami, FL 33177